IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 07-00040-01-CR-W-HFS |
| ERIC B. RAGLIN, ) | |
| ) | |
| Defendant. ) | |

O R D E R

On March 15, 2007, defendant moved for a judicial determination of mental competency. Defendant was examined by Ron Nieberding, Ph.D., a licensed clinical psychologist. It is the opinion of Dr. Nieberding that defendant is competent to stand trial. During a hearing held before United States Magistrate Judge Robert Larsen on July 10, 2007, defendant and the government stipulated to the report of Dr. Nieberding.

Therefore, with no objections having been filed and after making an independent review of the record, it is

ORDERED that defendant's motion for judicial determination of mental competency is granted, the Report and Recommendation of Magistrate Judge Robert Larsen is adopted in its entirety, and this court finds that defendant is competent to stand trial. It is further

ORDERED that, pursuant to 18 U.S.C. § 3161(h)(1)(A), the time between March 15, 2007, and the date of this order is excluded in

computing the time within which the trial of this criminal action must commence. It is further

ORDERED that this case is set for trial on the joint criminal jury trial docket which will commence August 13, 2007.

                                         /s/ Howard F. Sachs
                                         HOWARD F. SACHS
                                         United States District Judge

Kansas City, Missouri
July __27__, 2007